# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5243**                    **September Term, 2024**

1:25-cv-00306-RDM

**Filed On:** July 11, 2025

Refugee and Immigrant Center for Education
and Legal Services, et al.,

      Appellees

      v.

Kristi Noem, Secretary of the U.S.
Department of Homeland Security, in her
official capacity, et al.,

      Appellants

**BEFORE:**    Millett, Pillard, and Katsas, Circuit Judges

# O R D E R

Upon consideration of the emergency motion for stay pending appeal, which includes a request for an administrative stay, the opposition thereto, and the reply; and the motions to participate as amici curiae and the lodged amicus briefs, it is

**ORDERED** that the district court's July 2, 2025, orders be administratively stayed pending further order of the court except as to the named individual plaintiffs. Appellants represented in the district court that they will not employ Presidential Proclamation 10888 "as a basis for removal of any of the named Plaintiffs currently in the United States during the pendency of this litigation." Resp. to Emergency Mot. to Stay Removal [Dkt. 21] at 1. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). It is

**FURTHER ORDERED** that the motions to participate as amici curiae be granted. The Clerk is directed to file the lodged amicus briefs.

**Per Curiam**

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

          BY:     /s/
                    Selena R. Gancasz
                    Deputy Clerk